**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**MCELROY HOLLOWELL**                                                                    **PLAINTIFF**

**VS.**                                  **CAUSE NO. 4:10-CV-00204-CWR-FKB**

**TOWN OF STONE WALL, ET AL.**                                  **DEFENDANTS**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the court pursuant to the Report and Recommendation of United States Magistrate Judge F. Keith Ball entered on December 6, 2011, which clearly notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings and recommendations contained within fourteen (14) days from the date of filing would bar further appeal in accordance with Title 28 U.S.C. § 636 and Fed. Rule Civ. P. 72(b)(2). This court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the order of this court.

SO ORDERED this Nineteenth day of March 2012.

                                                       /s/ Carlton W. Reeves
                                                       UNITED STATES DISTRICT JUDGE